| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| William J. Gorham, III, Esq., Bar #151773<br>Mayall Hurley, P.C.<br>2453 Grand Canal Blvd<br>Stockton, CA 95207<br>Telephone No: 209-477-3833    FAX No: 209-473-4818 | | | | |
| | | | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District Of California | | | | |
| Plaintiff: James Nelson | | | | |
| Defendant: City of Citrus Heights, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>218CV00501TLNDB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Availability of Magistrate Judge To Exercise Jurisdiction and Appeal Instructions; Consent/ Decline to Jurisdiction of US Magistrate Judge; Intial Pretrial Scheduling Order: Notice of Availability Voluntary Dispute Resolution.

3. a. Party served:                 City of Citrus Heights
   b. Person served:                Laura McGill, Person Authorized to Accept

4. Address where the party was served:     6360 Fountain Square Drive
                                           Citrus Heights, CA 95621

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Mar. 22, 2018 (2) at: 8:40AM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Andy Ene                                   d. *The Fee for Service was:*    $95.00

   **1500 W. El Camino Avenue, #510**            e. I am: (3) registered California process server
   **Sacramento, CA 95833**                            (i)  Independent Contractor
   **855-5VALPRO, Fax (866) 900-4665**                 (ii) Registration No.:      2016-31
   **www.ValproAttorneyServices.com**                  (iii) County:               Sacramento

   Valpro

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Mar. 22, 2018

                                                                      (Andy Ene)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                            wigor.15183