| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>William J. Gorham, III, Esq., Bar #151773<br>Mayall Hurley, P.C.<br>2453 Grand Canal Blvd<br>Stockton, CA  95207<br>*Telephone No:* 209-477-3833    *FAX No:* 209-473-4818 | | *For Court Use Only* |
| *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Eastern District Of California | | |
| *Plaintiff:* James Nelson | | |
| *Defendant:* City of Citrus Heights, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>218CV00501TLNDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Availability of Magistrate Judge To Exercise Jurisdiction and Appeal Instructions; Consent/ Decline to Jurisdiction of US Magistrate Judge; Intial Pretrial Scheduling Order; Notice of Availability Voluntary Dispute Resolution.

3. a. Party served:           City of Citrus Heights Police Department
   b. Person served:         Laura McGill, Person Authorized to Accept

4. Address where the party was served:    6360 Fountain Square Drive
                                          Citrus Heights, CA  95621

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Mar. 22, 2018 (2) at: 8:40AM

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Andy  Ene                          d. **The Fee** *for Service was:*    $55.00

   **1500 W. El Camino Avenue, #510**    e. I am: (3) registered California process server
   **Sacramento, CA 95833**                  (i)   Independent Contractor
   **855-5VALPRO, Fax (866) 900-4665**       (ii)  *Registration No.:*    2016-31
   **www.ValproAttorneyServices.com**        (iii) *County:*              Sacramento

   Valpro

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Mar. 22, 2018

   Judicial Council Form                        **PROOF OF SERVICE**                    (Andy  Ene)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                                        *wigor.15184*