| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| William J. Gorham, III, Esq., Bar #151773<br>Mayall Hurley, P.C.<br>2453 Grand Canal Blvd<br>Stockton, CA  95207<br>Telephone No: 209-477-3833     FAX No: 209-473-4818 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District Of California | | |
| Plaintiff: James Nelson | | |
| Defendant: City of Citrus Heights, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>218CV00501TLNDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Availability of Magistrate Judge To Exercise Jurisdiction and Appeal Instructions; Consent/ Decline to Jurisdiction of US Magistrate Judge; Intial Pretrial Scheduling Order; Notice of Availability Voluntary Dispute Resolution.

3. a. Party served:                         Kane Kissam, , in his individual capacity as a Citrus Heights Police Officer
   b. Person served:                       Laura McGill, City Clerk, Person Authorized to Accept

4. Address where the party was served:     City of Citrus Heights
                                           6360 Fountain Square Drive
                                           Citrus Heights, CA  95621

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 27, 2018 (2) at: 2:30PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Andy Ene                                    d. **The Fee** *for Service was:*     $55.00



1500 W. El Camino Avenue, #510
Sacramento, CA 95833
855-5VALPRO, Fax (866) 900-4665
www.ValproAttorneyServices.com

   e. I am: (3) registered California process server
       (i)    Independent Contractor
       (ii)   Registration No.:    2016-31
       (iii)  County:               Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Mar. 27, 2018

Judicial Council Form                  PROOF OF SERVICE                      (Andy Ene)
Rule 2.150.(a)&(b) Rev January 1, 2007                                                                wigor.15263