| | |
|---|---|
| *Attorney or Party without Attorney:*<br>William J. Gorham, III, Esq., Bar #151773<br>Mayall Hurley, P.C.<br>2453 Grand Canal Blvd<br>Stockton, CA  95207<br>*Telephone No:* 209-477-3833   *FAX No:* 209-473-4818 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Eastern District Of California

*Plaintiff:* James Nelson
*Defendant:* City of Citrus Heights, et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>218CV00501TLNDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Availability of Magistrate Judge To Exercise Jurisdiction and Appeal Instructions; Consent/ Decline to Jurisdiction of US Magistrate Judge; Intial Pretrial Scheduling Order; Notice of Availability Voluntary Dispute Resolution.

3. a. *Party served:*  William Dunning, in his individual capacity as a Citrus Heights Police Officer
   b. *Person served:* Laura McGill, City Clerk, Person Authorized to Accept

4. *Address where the party was served:*  City of Citrus Height
   6360 Fountain Square Drive
   Citrus Heights, CA  95621

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 27, 2018 (2) at: 2:30PM

7. **Person Who Served Papers:**
   a. Andy Ene

   1500 W. El Camino Avenue, #510
   Sacramento, CA 95833
   855-5VALPRO, Fax (866) 900-4665
   www.ValproAttorneyServices.com

   *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
   d. **The Fee** *for Service was:*  $55.00

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*  2016-31
      (iii) *County:*  Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Mar. 27, 2018

   (Andy Ene)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

wigor.15264