1  **WILLIAM J. GORHAM III (CA State Bar No. 151773)**
**NICHOLAS J. SCARDIGLI (CA State Bar No. 249947)**
2  **MAYALL HURLEY**
**A Professional Corporation**
3  **2453 Grand Canal Boulevard**
**Stockton, California 95207**
4  **Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**
5  **E-Mail:      wgorham@mayallaw.com**
**              nscardigli@mayallaw.com**
6

**MARK A. THIEL (CA State Bar No. 182045)**
7  **LAW OFFICES OF MARK A. THIEL**
**3439 Brookside Rd, Suite 205**
8  **Stockton, CA 95219**
**Telephone: (209) 951-9600**
9  **Facsimile: (209) 475-4951**
**E-Mail: thiellaw@inreach.com**
10

**Attorneys for Plaintiff James Nelson**
11

12  **BRUCE A. KILDAY, ESQ., SB No. 066415**
**    Email: bkilday@akk-law.com**
13  **KEVIN J. DEHOFF, S.B. No. 252106**
**    Email: kdehoff@akk-law.com**
14  **ANGELO, KILDAY & KILDUFF, LLP**
**Attorneys at Law**
15  **601 University Avenue, Suite 150**
**Sacramento, CA 95825**
16  **Telephone: (916) 564-6100**
**Telecopier: (916) 564-6263**
17

18  **Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously as CITY**
**OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS,**
19  **KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY**
**HATCHELL, AND JASON FRITZ**
20

**UNITED STATES DISTRICT COURT**
21

**EASTERN DISTRICT OF CALIFORNIA**
22

**SACRAMENTO DIVISION**
23

24  | **JAMES NELSON, an individual,** | **Case No.:  2:18-cv-00501-TLN-DB** |
| --- | --- |
25  | **            Plaintiff,** | **JOINT STATUS REPORT** |
| **vs.** | |
26  | | |
27  | **CITY OF CITRUS HEIGHTS; CITY OF** | |
| **CITRUS HEIGHTS POLICE** | |
28  | **DEPARTMENT; JORDAN RINEK, in his** | |

Joint Status Report
Page 1 of 5

1

2

3

4

5

6

7

8

9

10

**individual capacity as a Citrus Heights Police Officer; ERIC DIAS, in his individual capacity as a Citrus Heights Police Officer; KANE KISSAM, in his individual capacity as a Citrus Heights Police Officer; WILLIAM DUNNING, in his individual capacity as Citrus Heights Police Officer; VALENTIN ZAZHITSKIY, in his individual capacity as Citrus Heights Police Officer; JEREMY HATCHELL, in his individual capacity as Citrus Heights Police Officer; JASON FRITZ, in his individual capacity as a Citrus Heights Police Officer; and DOES 1-100 inclusive,**

**Defendants.**

11

12

13

14

Pursuant to the Court's Initial Pretrial Scheduling Order (Pretrial Scheduling) Conference (ECF Doc. 3) and Rule 26(f) of the Federal Rules of Civil Procedure, the parties submit the following Joint Status Report.

15

**a)      Parties:**

16

**1)  Plaintiffs and Counsel:**

17

18

Plaintiff James Nelson is represented by William J. Gorham III of Mayall Hurley, APC, and Mark A. Thiel of the Law Office of Mark A. Thiel.

19

**2)  Defendants and Counsel:**

20

21

All named Defendants are represented by Bruce A. Kilday and Kevin J. Dehoff of Angelo, Kilday & Kilduff, LLP.

22

**b)      Status of Service of Process:**

23

24

All parties to Plaintiffs' Complaint (ECF Doc. 1) have been served and have appeared in this action.

25

**c)      Possible Joinder of Additional Parties:**

26

The parties do not anticipate joining additional parties.

27

**d)      Anticipated Amendment of Pleadings:**

28

Plaintiff does not anticipate amending the complaint.

1  **e)     Basis of Jurisdiction and Venue:**

2          This Court has original subject matter jurisdiction over Plaintiff's claims pursuant to 28

3  U.S.C. § 1331 because it is a civil suit arising under the Constitution and laws of the United

4  States.  This Court has supplemental jurisdiction over the pendant state law claims pursuant to 28

5  U.S.C. § 1367(a) because they are part of the same controversy between the parties.

6          Venue is proper in the United States District Court for the Eastern District of California

7  under 28 U.S.C. § 1391(b) because the Defendants are located in this District, and because the

8  acts and/or omissions set forth in this Complaint occurred in this District.  Venue is proper in the

9  Sacramento Division of this District pursuant to Local Rule 120(d) because the claims at issue

10 arise out of acts and/or omissions that occurred in Sacramento County.

11 **f)     Application of Court's Initial Pretrial Scheduling Order Dates:**

12         The parties propose that the following deadlines apply:

13         Completion of non-expert discovery:       March 1, 2019

14         Disclosure of experts:                    April 30, 2019

15         Disclosure of supplemental experts:       May 30, 2019

16         Last day for filing of dispositive motions:   August 28, 2019

17         Notice of trial readiness:                 Within 30 days of Court's ruling on last

18                                                    dispositive motion

19 **g)     Discovery Plan:**

20         **1) Initial Disclosures:**

21         The parties propose initial disclosures to occur within 21 days of the filing of this joint

22 status report.

23         **2) Modification of FRCP Limitations:**

24         The parties do not request any modification to the discovery limitations set forth in the

25 Federal Rules of Civil Procedure.

26         **3) Special Procedures:**

27         Defendants intend to propose a protective order, which the parties will be meeting and

28 conferring regarding.

Joint Status Report
Page 3 of 5

**h)    Estimated Length of Trial:**

All parties have demanded trial by jury.  The parties estimated a trial of 8-10 court days, including jury selection.

**i)    Related Cases:**

None.

**j)    Settlement:**

The parties are agreeable to the concept of private mediation and are exploring the particulars of timing and appropriate mediator.  The parties would consider use of a magistrate judge.  Given the nature and extent of the injuries alleged, it will be essential that the parties have complete medical and billing records before scheduling any settlement conference or ADR.

**k)    Other matters:**

The parties have no other matters for the Court's consideration at this time.

Respectfully submitted:

**DATED:**  June 29, 2018                                   **MAYALL HURLEY P.C.**


By_____ */s/ William J. Gorham III*_____
                WILLIAM J. GORHAM III
                NICHOLAS J. SCARDIGLI

                         AND

                **LAW OFFICES OF MARK A. THIEL**

**DATED:**  June 29, 2018

By_____ */s/ Mark A. Thiel*_____
                MARK A. THIEL

Attorneys for Plaintiff JAMES NELSON


                **ANGELO, KILDAY & KILDUFF, LLP**


**DATED:**  June 29, 2018          By_____ /s/ *Bruce A. Kilday*_____
                BRUCE A. KILDAY
                KEVIN J. DEHOFF
Attorneys for Defendants CITY OF CITRUS HEIGHTS
(also sued erroneously as CITY OF CITRUS HEIGHTS

POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, AND JASON FRITZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28