BRUCE A. KILDAY, S.B. #66415
   Email:  bkilday@akk-law.com
KEVIN J. DEHOFF, S.B. #252106
   Email:  kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously herein as CITY OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, AND JASON FRITZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, an individual, | Case No.: 2:18-cv-00501-TLN-DB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| CITY OF CITRUS HEIGHTS, et al., | |
| Defendants. | |

Attorney Bruce A. Kilday of the law firm of Angelo, Kilday & Kilduff, LLP, has joined in as attorney of record for Defendants CITY OF CITRUS HEIGHTS, CITY OF CITRUS HEIGHTS POLICE DEPARTMENT, JORDAN RINEK, ERIC DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, AND JASON FRITZ in this matter.

Pursuant to Fed. R. Civ. P. 5, Bruce A. Kilday requests email notification of all e-filings in this matter.  Bruce A. Kilday's email address is: bkilday@akk-law.com.

Dated: July 12, 2018                                              ANGELO, KILDAY & KILDUFF, LLP

                                                                                     */s/ Bruce A. Kilday*
                                                                           By:_____
                                                                                  BRUCE A. KILDAY
                                                                                  KEVIN J. DEHOFF
                                                                                  Attorneys for Defendants