| | |
|---|---|
| 1 | BRUCE A. KILDAY, S.B. #66415 |
| 2 |   Email: bkilday@akk-law.com |
|   | GOKALP Y. GURER, S.B. #311919 |
| 3 |   Email: ggurer@akk-law.com |
|   | **ANGELO, KILDAY & KILDUFF, LLP** |
| 4 | Attorneys at Law |
| 5 | 601 University Avenue, Suite 150 |
|   | Sacramento, CA  95825 |
| 6 | Telephone: (916) 564-6100 |
|   | Telecopier: (916) 564-6263 Protected Materials |

Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously herein as CITY OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, and JASON FRITZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMES NELSON, an individual, | ) Case No.: 2:18-cv-00501-TLN-DB |
|---|---|
|   | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
|   | ) **MODIFYING THE INITIAL PRETRIAL** |
| vs. | ) **SCHEDULING ORDER** |
|   | ) |
| CITY OF CITRUS HEIGHTS, et al., | ) |
|   | ) |
| Defendants. | ) |
|   | ) |
|   | ) |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request to modify and extend by 60 days the following deadlines set forth in this Court's Initial Pretrial Scheduling Order of March 8, 2018 (Court's Docket No. 3):

- That the non-expert discovery deadline currently set for December 31, 2018 be moved to March 1, 2019;

- That the expert witness designation deadline currently set for March 1, 2019 be moved to April 30, 2019;

- That the supplemental expert witness designation deadline currently set for April 1, 2019

-1-
STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER

1 | be moved to May 30, 2019; and

- That the dispositive motion filing deadline currently set for July 1, 2019 be moved to August 28, 2019;

The parties stipulate to and request this modification of the Initial Pretrial Scheduling Order as to the discovery cut-off, expert witness disclosures, and dispositive motion deadline for the following reasons, which constitute Good Cause pursuant to Section IX of the Initial Pretrial Scheduling Order and FRCP 16(b):

1. The parties are in the process of scheduling depositions, and have encountered obstacles in arranging for Plaintiff's deposition because he is currently incarcerated in the Sacramento County Jail. Defendants may need to obtain a court order granting permission to take Plaintiff's deposition at the jail, and therefore need additional time to make arrangements.

2. Further, Plaintiff has noticed eight officer depositions, and given the holiday season and the officers' varying and fluid work schedules, Defendants have encountered obstacles in coordinating the depositions of the eight officers prior to the discovery cut-off.

3. In addition to deposition scheduling, the parties have been in the process of completing written discovery. Plaintiff has served and Defendants have responded to extensive written discovery and document requests (over 350 total requests). Preparation of the responses required numerous and lengthy meetings with all of the defendant officers as well as upper management with the Citrus Heights Police Department, which spanned several months.

4. Document production by Defendants is still in process, and counsel for Plaintiff has indicated that there may be need for a motion to compel. Further, Defendants recently served written discovery, and depending on Plaintiff's responses and production, Defendants may need time to bring a motion to compel, as well.

5. The Complaint alleges significant injuries and medical treatment, and counsel for Defendants are still in the process of obtaining Plaintiff's medical records. Further, counsel will need time to analyze Plaintiff's medical records, as well as schedule an IME, prior to obtaining expert opinions in this case.

The parties are optimistic that the new dates for discovery cut-off, expert witness

1  disclosures, and dispositive motion filing will provide the parties with adequate time to complete
2  discovery and file dispositive motions. Additionally, the additional time to complete discovery
3  and develop facts will provide time for the parties to engage in meaningful settlement
4  negotiations.

5  Further, and significantly, the proposed modifications to the Initial Pretrial Scheduling
6  Order do not change any existing dates for trial or pretrial conference, as trial has not yet been
7  set in this case.

8  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9  Dated: December 13, 2018  ANGELO, KILDAY & KILDUFF, LLP

  */s/ Gökalp y. Gürer*
  By:_____
  BRUCE A. KILDAY
  GÖKALP Y. GÜRER
  Attorneys for Defendants

  Dated: December 11, 2018  MAYALL HURLEY, P.C.

  */s/ William J. Gorham, III (as authorized on 12/11/18)*
  By:_____
  WILLIAM J. GORHAM III
  Attorney for Plaintiff

  Dated: December 11, 2018  LAW OFFICES OF MARK A. THIEL

  */s/ Mark A. Thiel (as authorized on 12/11/18)*
  By:_____
  MARK A. THIEL
  Attorney for Plaintiff

# ORDER

It is ordered that:

Non-expert discovery deadline be moved to March 1, 2019.

Expert witness designation deadline be moved to April 30, 2019.

Supplemental expert witness designation deadline be moved to May 30, 2019.

Deadline to file dispositive motions be moved to **August 22, 2019**.

**IT IS SO ORDERED.**

Dated: December 18, 2018

Troy L. Nunley
United States District Judge