1  BRUCE A. KILDAY, S.B. #66415
     Email: bkilday@akk-law.com
2  GOKALP Y. GURER, S.B. #311919
     Email: ggurer@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263 Protected Materials
7
8  Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously herein as CITY OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, and JASON FRITZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, an individual, | ) Case No.: 2:18-cv-00501-TLN-DB |
| Plaintiff, | ) **STIPULATION AND** |
|  | ) **ORDER MODIFYING THE COURT'S** |
| vs. | ) **MODIFIED PRETRIAL SCHEDULING** |
|  | ) **ORDER** |
| CITY OF CITRUS HEIGHTS, et al., | ) |
| Defendants. | ) |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request to modify and extend by 60 days the following deadlines set forth in this Court's Modified Pretrial Scheduling Order of December 18, 2018 (Court's Docket No. 17):

- That the non-expert discovery deadline currently set for March 1, 2019 be moved to April 30, 2019;

- That the expert witness designation deadline currently set for April 30, 2019 be moved to June 29, 2019;

- That the supplemental expert witness designation deadline currently set for May

1            30, 2019 be moved to July 29; and

2      •     That the dispositive motion filing deadline currently set for August 22, 2019 be
3            moved to October 21, 2019;

      The parties stipulate to and request this modification of the Modified Pretrial Scheduling Order as to the discovery cut-off, expert witness disclosures, and dispositive motion deadline for the following reasons, which constitute Good Cause pursuant to Section IX of the Initial Pretrial Scheduling Order and FRCP 16(b):

      1.     The parties have encountered a recent obstacle in arranging for Plaintiff's deposition because, just last week, Plaintiff was transferred from the Sacramento County Jail to the custody of the California Department of Corrections facility in Tracy (Deuel Vocational Institution "DVI"), and then again shortly thereafter to the facility in Stockton (California Health Care Facility "CHCF"). Counsel for Plaintiff notified counsel for Defendants the moment they became aware of this transfer. Counsel for Defendants contacted the Stockton facility to ascertain when Plaintiff would be available for a deposition, and the litigation coordinator at the Stockton facility indicated that Plaintiff is currently undergoing a 10-day treatment. The litigation coordinator indicated that, once treatment is complete, Plaintiff could be transferred back to DVI in Tracy or to another facility. The litigation coordinator also indicated that counsel for Defendants should not schedule Plaintiff's deposition until his treatment is complete and, if Plaintiff is transferred, until he arrives at the new facility, wherever that may be. Once counsel for Defendants receive word of Plaintiff's completed treatment and possible transfer, they will make immediate arrangements to take Plaintiff's deposition.

      2.     Additionally, the parties have encountered a recent obstacle in arranging for the deposition of Officer Fritz, who currently works in South Lake Tahoe. The recent storm has prevented Officer Fritz from finding a safe opportunity to travel to Sacramento for his deposition, and as a result his deposition has had to be rescheduled twice. Additionally, just this weekend Officer Fritz notified counsel for Defendants that he has contracted the flu. He may be unavailable for a deposition until the first or second week of March.

      3.     With the Court's previous modification of the Initial Pretrial Scheduling Order,

counsel for Plaintiff were able to complete six of the eight officer depositions. In addition to Plaintiff's deposition, at the moment these appear to be the only remaining depositions of fact witnesses.

The parties are grateful that the Court has already granted the modification to the Court's Initial Pretrial Scheduling Order, and are optimistic that the new dates for discovery cut-off, expert witness disclosures, and dispositive motion filing will provide the parties with adequate time to complete discovery and file dispositive motions. Additionally, as mentioned in the parties' previous stipulation, the additional time to complete discovery and develop facts will provide time for the parties to engage in meaningful settlement negotiations.

Further, and significantly, the proposed modifications to the Initial Pretrial Scheduling Order do not change any existing dates for trial or pretrial conference, as trial has not yet been set in this case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 20, 2019　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　*/s/ Gökalp y. Gürer*
By:_____
　　BRUCE A. KILDAY
　　GÖKALP Y. GÜRER
　　Attorneys for Defendants

Dated: February 20, 2019　　　　MAYALL HURLEY, P.C.

　　　　*/s/ William J. Gorham, III* *(as authorized on 2/20/19)*
By:_____
　　WILLIAM J. GORHAM III
　　Attorney for Plaintiff

Dated: February 20, 2019　　　　LAW OFFICES OF MARK A. THIEL

　　　　*/s/ Mark A. Thiel* *(as authorized on 2/20/19)*
By:_____
　　MARK A. THIEL
　　Attorney for Plaintiff

# ORDER

It is ordered that:

Non-expert discovery deadline be moved to ___April 30, 2019___.

Expert witness designation deadline be moved to ___June 29, 2019___.

Supplemental expert witness designation deadline be moved to ___July 29, 2019___.

Deadline to file dispositive motions be moved to ___October 17, 2019___.

**IT IS SO ORDERED.**

Dated: February 26, 2019

_____
Troy L. Nunley
United States District Judge