BRUCE A. KILDAY, S.B. #66415
   Email: bkilday@akk-law.com
GOKALP Y. GURER, S.B. #311919
   Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263 Protected Materials

Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously herein as CITY OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, and JASON FRITZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, an individual, | Case No.: 2:18-cv-00501-TLN-DB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING THE COURT'S MODIFIED PRETRIAL SCHEDULING ORDER** |
| vs. | |
| CITY OF CITRUS HEIGHTS, et al., | |
| Defendants. | |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request to modify and extend by 60 days the following deadlines set forth in this Court's Modified Pretrial Scheduling Order of February 26, 2019 (Court's Docket No. 22):

- That the non-expert discovery deadline currently set for April 30, 2019 be moved to July 1, 2019;

- That the expert witness designation deadline currently set for June 29, 2019 be moved to August 30, 2019;

- That the supplemental expert witness designation deadline currently set for July

29, 2019 be moved to September 30, 2019; and

- That the dispositive motion filing deadline currently set for October 17, 2019 be moved to December 17, 2019;

The parties stipulate to and request this modification of the Modified Pretrial Scheduling Order as to the discovery cut-off, expert witness disclosures, and dispositive motion deadline for the following reasons, which constitute Good Cause pursuant to Section IX of the Initial Pretrial Scheduling Order and FRCP 16(b):

1. The parties have now completed all of the officer depositions, and have thus made significant progress since the Court's last modification of the Modified Pretrial Scheduling Order. However, during testimony from several of the latest depositions and from Defendants' responses to Plaintiff's recent written discovery, new information has become known such that Plaintiff seeks to depose high-ranking officials of Citrus Heights Police Department. Plaintiff has accordingly noticed the deposition(s) of CHPD officials pursuant to Federal Rule of Civil Procedure 30(b)(6). Defendants' counsel has been in regular communication with CHPD officials to identify the appropriate deponent(s) for a 30(b)(6) deposition, but has been unable to effectively and thoroughly confer with the CHPD officials due to fluid work schedules, training seminars, and vacations. As a result, the earliest that Defendants will be able to produce the appropriate deponent(s) for a 30(b)(6) deposition is the week of April 22, 2019, which is the same week Plaintiff's counsel is set to begin trial in another case.

2. For the same reasons mentioned above, Plaintiff has also noticed the deposition of another high-ranking CHPD official, who has since left CHPD and is now Chief of Police in another city. Defendants are also currently conferring with him to make him available for a deposition, which has likewise been delayed given his extensive responsibilities and fluid schedule as Chief.

3. In addition, Plaintiff is located at the California Health Care Facility in Stockton, California, a CDCR facility that has required extensive paperwork and logistical planning in order to allow the parties' access for a deposition. Further, at the facility there has been a recent outbreak of Legionnaries' disease (aka Legionellosis), a form of atypical pneumonia, which has

taken the life of one inmate. Due to this outbreak as well as Plaintiff's unrelated medical treatment, there has been further delay in scheduling Plaintiff's deposition. Plaintiff's deposition is currently set for later this month, but it is possible that his deposition could be delayed further.

The parties are grateful that the Court has already granted two modifications to the Court's Pretrial Scheduling Order, and are optimistic that the new dates for discovery cut-off, expert witness disclosures, and dispositive motion filing will provide the parties with adequate time to complete discovery and file dispositive motions. Additionally, as mentioned in the parties' previous stipulation, the additional time to complete discovery and develop facts will provide time for the parties to engage in meaningful settlement negotiations.

Further, and significantly, the proposed modifications to the Initial Pretrial Scheduling Order do not change any existing dates for trial or pretrial conference, as trial has not yet been set in this case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 15, 2019        ANGELO, KILDAY & KILDUFF, LLP

                */s/ Gökalp y. Gürer*
By:_____
   BRUCE A. KILDAY
   GÖKALP Y. GÜRER
   Attorneys for Defendants

Dated: April 15, 2019        MAYALL HURLEY, P.C.

                */s/ William J. Gorham, III (as authorized on April 15, 2019)*
By:_____
   WILLIAM J. GORHAM III
   Attorney for Plaintiff

Dated: April 15, 2019        LAW OFFICES OF MARK A. THIEL

                */s/ Mark A. Thiel (as authorized on April 15, 2019)*
By:_____
   MARK A. THIEL
   Attorney for Plaintiff

**ORDER**

It is ordered that:

Non-expert discovery deadline be moved to _____July 1, 2019._____.

Expert witness designation deadline be moved to __August 30, 2019_____.

Supplemental expert witness designation deadline be moved to _September 30, 2019

Deadline to file dispositive motions be moved to ___**December 19, 2019**_____.

**IT IS SO ORDERED.**

Dated: April 17, 2019

_____
Troy L. Nunley
United States District Judge