1  BRUCE A. KILDAY, S.B. #66415
      Email: bkilday@akk-law.com
2  GOKALP Y. GURER, S.B. #311919
      Email: ggurer@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone: (916) 564-6100
6  Telecopier: (916) 564-6263 Protected Materials

7
   Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously herein as CITY
8  OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS, KANE
   KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, and
9  JASON FRITZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, an individual, | ) Case No.: 2:18-cv-00501-TLN-DB |
| | ) |
| Plaintiff, | ) **STIPULATION FOR SETTLEMENT** |
| | ) **CONFERENCE WITH JUDGE NEWMAN** |
| vs. | ) **ORDER THEREON** |
| | ) |
| CITY OF CITRUS HEIGHTS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

   COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate, with the Court's permission, to attend a settlement conference with Magistrate Judge Newman. The parties ask that this matter be set for August 6, 2019 at 9:00 a.m.

   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

   Dated:  May 30, 2019                           ANGELO, KILDAY & KILDUFF, LLP

                                                   */s/ Gökalp Y. Gürer*
                                           By:_____
                                                   BRUCE A. KILDAY
                                                   GÖKALP Y. GÜRER
                                                   Attorneys for Defendants

---

-1-
STIPULATION FOR SETTLEMENT CONFERENCE WITH JUDGE NEWMAN ORDER THEREON

| | | |
|---|---|---|
| Dated: May 30, 2019 | | MAYALL HURLEY, P.C. |

*/s/ William J. Gorham, III*
*(as authorized on May 30, 2019)*
By:_____
WILLIAM J. GORHAM III
Attorney for Plaintiff

Dated: May 30, 2019                    LAW OFFICES OF MARK A. THIEL

*/s/ Mark A. Thiel*
*(as authorized on May 30, 2019)*
By:_____
MARK A. THIEL
Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING THEREFOR: IT IS HEREBY ORDERED the Parties attend a settlement conference before Magistrate Judge Newman on August 6, 2019 at 9:00 a.m.

Date: May 31, 2019

_____
Troy L. Nunley
United States District Judge