1  WILLIAM J. GORHAM III (CA State Bar No. 151773)
   NICHOLAS F. SCARDIGLI (CA State Bar No. 249947)
2  MAYALL HURLEY
   A Professional Corporation
3  2453 Grand Canal Boulevard
   Stockton, California 95207
4  Telephone: (209) 477-3833
   Facsimile: (209) 473-4818
5  E-Mail:      wgorham@mayallaw.com
                nscardigli@mayallaw.com
6
   MARK A. THIEL (CA State Bar No. 182045)
7  LAW OFFICES OF MARK A. THIEL
   3439 Brookside Rd, Suite 205
8  Stockton, CA 95219
   Telephone: (209) 951-9600
9  Facsimile: (209) 475-4951
   E-Mail: thiellaw@inreach.com
10
   **Attorneys for Plaintiff James Nelson**
11
   BRUCE A. KILDAY, ESQ., SB No. 066415
12     Email: bkilday@akk-law.com
   GOKALP Y. GURER, S.B. No. 311919
13     Email: ggurer@akk-law.com
   ANGELO, KILDAY & KILDUFF, LLP
14 Attorneys at Law
   601 University Avenue, Suite 150
15 Sacramento, CA 95825
   Telephone: (916) 564-6100
16 Telecopier: (916) 564-6263

17
   **Attorneys for Defendants CITY OF CITRUS HEIGHTS (also sued erroneously as CITY
18 OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC DIAS,
   KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY
19 HATCHELL, AND JASON FRITZ**

20
                    **UNITED STATES DISTRICT COURT**
21
                    **EASTERN DISTRICT OF CALIFORNIA**
22
                           **SACRAMENTO DIVISION**
23

| | |
|---|---|
| 24 JAMES NELSON, an individual, | No. 2:18-cv-00501-TLN-DB |
| 25      Plaintiff, | **STIPULATION AND ORDER AND WRIT** |
| 26 vs. | **OF HABEAS CORPUS AD TESTIFICANDUM** |
| 27 CITY OF CITRUS HEIGHTS; CITY OF CITRUS HEIGHTS POLICE | |
| 28 DEPARTMENT; JORDAN RINEK, in his | |

| | |
|---|---|
| **individual capacity as a Citrus Heights Police Officer; ERIC DIAS, in his individual capacity as a Citrus Heights Police Officer; KANE KISSAM, in his individual capacity as a Citrus Heights Police Officer; WILLIAM DUNNING, in his individual capacity as Citrus Heights Police Officer; VALENTIN ZAZHITSKIY, in his individual capacity as Citrus Heights Police Officer; JEREMY HATCHELL, in his individual capacity as Citrus Heights Police Officer; JASON FRITZ, in his individual capacity as a Citrus Heights Police Officer; and DOES 1-100 inclusive,**<br><br>    **Defendants.** | **Date of Conf.:** August 6, 2019<br>**Time:**    9:00 a.m.<br>**Location:**    501 I Street<br>        Courtroom 25, 8th Floor<br>        Sacramento, CA 95814 |

Plaintiff James Nelson ("Plaintiff") is currently incarcerated at Mule Creek State Prison in Ione, California. Plaintiff's California Department of Corrections and Rehabilitation No. is AN8912. Plaintiff's parole eligibility date is April 2020.

On June 26, 2019, Magistrate Judge Kendall J. Newman issued a minute order instructing the parties to have a principal with full settlement authority present for the August 6, 2019 Settlement Conference. Accordingly, the parties, through their respective counsel of record, hereby stipulate to an order authorizing the personal appearance of Plaintiff at the August 6, 2019 Settlement Conference and instructing Mule Creek State Prison Warden Joe A. Lizarraga to arrange for transportation of Plaintiff for purposes of his attendance at the Settlement Conference.

**DATED:** July 8, 2019                **MAYALL HURLEY P.C.**

By    /s/ Nicholas Scardigli
        WILLIAM J. GORHAM III
        NICHOLAS F. SCARDIGLI

**DATED:** July 8, 2019                **ANGELO, KILDAY & KILDUFF, LLP**

By    /s/ Gokalp Y. Gurer
        BRUCE A. KILDAY
        GOKALP Y. GURER

| | |
|---|---|
| 1 | Attorneys for Defendants CITY OF CITRUS HEIGHTS |
| 2 | (also sued erroneously as CITY OF CITRUS HEIGHTS POLICE DEPARTMENT), JORDAN RINEK, ERIC |
| 3 | DIAS, KANE KISSAM, WILLIAM DUNNING, VALENTIN ZAZHITSKIY, JEREMY HATCHELL, AND |
| 4 | JASON FRITZ |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff James Nelson, CRCR No. AN8912, shall attend the August 6, 2019 Settlement Conference in the above-captioned matter, Case No. 2:18-cv-00501-TLN-DB, at 9:00 a.m. in Courtroom 25 before the Honorable Kendall J. Newman, 8th Floor, of the Robert T. Matsui United States Courthouse, located at 501 I Street, Sacramento, California 95814.

2. Mule Creek State Prison Warden Joe A. Lizarraga or his appointed agent(s) shall arrange for and provide transportation of Plaintiff James Nelson, CRCR No. AN8912, from Mule Creek State Prison to Courtroom 25, 8th Floor, of the Robert T. Matsui United States Courthouse, located at 501 I Street, Sacramento, California 95814, for Mr. Nelson to attend the Settlement Conference on August 6, 2019, at 9:00 a.m. before the Honorable Kendall J. Newman.

3. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

4. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

5. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento.

Dated: July 8, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\nelson0501.stip.writ.ord

Stipulation for Order Authorizing Transport of Plaintiff from Mule Creek State Prison; Order
Page 4 of 4